IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EVELYN WALKER                                                    PLAINTIFF

V.                                                    CAUSE NO.: 1:11CV231-SA-DAS

BRANDON JAMISON, in his position as
Supervisor, and JOHN BLACK, in his position
as Expeditor                                                    DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Summary

Judgment [84] is GRANTED, Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 28th day of May, 2014.

**/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**